# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>              Plaintiff,<br><br>     vs.<br><br>S. NIEHUS, et al.,<br><br>              Defendants. | ) 1:12cv01963 LJO DLB PC<br>)<br>) ORDER STRIKING UNSIGNED SECOND<br>) AMENDED COMPLAINT AND<br>) REQUIRING PLAINTIFF TO FILE SIGNED<br>) AMENDED COMPLAINT **WITHIN**<br>) **THIRTY DAYS**<br>)<br>) (Document 17)<br>) |

Plaintiff Mark A. Jones ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. Plaintiff filed this action on December 3, 2012. On June 7, 2013, the Court screened Plaintiff's complaint and found that it stated a First Amendment retaliation claim against Defendant S. Neihus. Plaintiff was ordered to either file an amended complaint, or notify the Court of his willingness to proceed only on the cognizable claim.

On July 8, 2013, Plaintiff filed his First Amended Complaint. The Court screened the complaint and found that it stated a cognizable First Amendment retaliation claim against Defendant Neihus. Plaintiff was again ordered to either file an amended complaint, or notify the Court of his willingness to proceed only on the cognizable claim.

On April 4, 2014, Plaintiff filed his Second Amended Complaint. However, the pleading is unsigned. ECF No. 17, at 3. The area on the complaint form for the signature is blank. The Court also reviewed the remainder of the complaint, but could not locate a signature.

Unsigned documents cannot be considered by the Court. Fed. R. Civ. P. 11(a); Local Rule 131(b). Accordingly, Plaintiff's Second Amended Complaint is HEREBY ORDERED STRICKEN from the record, and Plaintiff shall file a signed complaint within thirty (30) days from the date of service of this order.

<u>The failure to comply with this order will result in dismissal of this action, without prejudice.</u>

IT IS SO ORDERED.

Dated: **October 3, 2014**         /s/ *Dennis L. Beck*
                                   UNITED STATES MAGISTRATE JUDGE