# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>             Plaintiff,<br><br>      vs.<br><br>S. NIEHUS, et al.,<br><br>             Defendants. | )  1:12cv01963 LJO DLB PC<br>)<br>)  ORDER GRANTING DEFENDANTS'<br>)  MOTION TO MODIFY THE DISCOVERY<br>)  AND SCHEDULING ORDER<br>)<br>)  (Document 29)_<br>)<br>)<br>) |

Plaintiff Mark A. Jones ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983.  The action is proceeding on Plaintiff's Second Amended Complaint for First Amendment retaliation against Defendants S. Niehus, A. Maxfield and K. Matta.

Pursuant to the February 2, 2015, Discovery and Scheduling Order, the deadline for filing motions related to exhaustion is May 4, 2015.  On April 29, 2015, Defendants filed a motion to extend this deadline.  The Court deems the matter suitable for decision without an opposition. Local Rule 230(l).

**DISCUSSION**

Modification of the pretrial scheduling order requires a showing of good cause. Fed. R. Civ. P. 16(b)(4).  "The schedule may be modified 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'"  Zivkovic v. Southern California Edison Co., 302

1

F.3d 1080, 1087 (9th Cir. 2002) (quoting <u>Johnson v. Mammoth Recreations, Inc</u>., 975 F.2d 604, 607 (9th Cir. 1992)). "If the party seeking the modification 'was not diligent, the inquiry should end' and the motion to modify should not be granted." <u>Id</u>.

Here, Defendants request a thirty-one (31) day extension to file a motion for summary judgment based on exhaustion. Counsel has started to prepare the motion, but because of other work necessary in other cases, he cannot complete the motion prior to the May 4, 2015, deadline.

Good cause appearing, Defendants' motion is GRANTED. Motions related to exhaustion must be filed by June 5, 2015. At this time, all other dates in the Discovery and Scheduling Order will remain in place.

IT IS SO ORDERED.

Dated:   **April 30, 2015**                           /s/ *Dennis L. Beck*
                                                     UNITED STATES MAGISTRATE JUDGE