# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK A. JONES,<br><br>            Plaintiff,<br><br>    vs.<br><br>S. NIEHUS, et al.,<br><br>            Defendants. | )   1:12cv01963 LJO DLB PC<br>)<br>)   ORDER REQUIRING PLAINTIFF TO FILE<br>)   OPPOSITION, OR STATEMENT OF<br>)   NON-OPPOSITION, TO DEFENDANT'S<br>)   MOTION FOR SUMMARY JUDGMENT<br>)   WITHIN THIRTY (30) DAYS<br>)<br>)<br>) |

Plaintiff Mark A. Jones ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 28 U.S.C. § 1983. The action is proceeding on Plaintiff's Second Amended Complaint for First Amendment retaliation against Defendant A. Maxfield.[1]

Defendant Maxfield filed a motion for summary judgment on March 1, 2016.

Plaintiff has not opposed the motion for filed a statement of non-opposition.

Accordingly, Plaintiff is ORDERED to either file an opposition, or statement of non-opposition, to Defendant's motion within thirty (30) days of the date of service of this order.

///

///

---

[1] The Court granted the remaining Defendants' motion for summary judgment on February 4, 2016. Plaintiff appealed the dismissal.

1

1 | <u>Failure to do so will result in a decision on the motion without Plaintiff's input.</u>

IT IS SO ORDERED.

    Dated:   **April 13, 2016**                   /s/ *Dennis L. Beck*
                                                       UNITED STATES MAGISTRATE JUDGE